**Fill in this information to identify the case:**

Debtor name: Monarch Bay For Sale Residential, LLC

United States Bankruptcy Court for the: Central District of CA
(State)

Case number (If known): 2:24-bk-14877-DS

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................... $ 67,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................. $ 371,940.31

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................... $ 67,371,940.31

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ........... $ 27,248,133.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........ + $ 459,179.82

4. **Total liabilities**...................................................................................... $ 27,707,312.82
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name __Monarch Bay For Sale Residential, LLC__

United States Bankruptcy Court for the: __Central__ District of __CA__
(State)

Case number (If known): __2:24-bk-14877-DS__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Bank of America | Checking | 9 4 5 3 | $ 371,940.31 |
   | 3.2. _____ | _____ | _ _ _ _ | $_____ |

4. **Other cash equivalents** *(Identify all)*
   4.1. _____ $_____
   4.2. _____ $_____

5. **Total of Part 1**    $ __371,940.31__
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____ $_____
   7.2. _____ $_____

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 1

Debtor  Monarch Bay For Sale Residential, LLC                    Case number (*if known*) 2:24-bk-14877-DS
      *Name*

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. _____    $_____
    8.2. _____    $_____

9. **Total of Part 2.**                                                              $_____

    Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                                      **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ....... →    $_____
                                                 *face amount*                   *doubtful or uncollectible accounts*

    11b. Over 90 days old:      _____ – _____ = ....... →    $_____
                                                 *face amount*                   *doubtful or uncollectible accounts*

12. **Total of Part 3**                                                              $_____

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                              **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                                    % of ownership:

    15.1. _____    _____%    _____    $_____
    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____
    16.2. _____    _____    $_____

17. **Total of Part 4**                                                              $_____

    Add lines 14 through 16. Copy the total to line 83.

---

Debtor _____Monarch Bay For Sale Residential, LLC_____   Case number (if known) _2:24-bk-14877-DS_____
      Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**
- ☑ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | | $_____ |

Official Form 206A/B            Schedule A/B: Assets — Real and Personal Property            page 3

Debtor __Monarch Bay For Sale Residential, LLC_____    Case number (*if known*) _2:24-bk-14877-DS_____
      Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ❏ Yes. Is any of the debtor's property stored at the cooperative?

        ❏ No

        ❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❏ No

    ❏ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❏ No

    ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❏ No

    ❏ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** <br> _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❏ No

    ❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❏ No

    ❏ Yes

Debtor  Monarch Bay For Sale Residential LLC _____ Case number (if known) 2:24-bk-14877-DS_____
       Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☒ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   47.1 _____  $_____  _____  $_____
   47.2 _____  $_____  _____  $_____
   47.3 _____  $_____  _____  $_____
   47.4 _____  $_____  _____  $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____  $_____  _____  $_____
   48.2 _____  $_____  _____  $_____

49. **Aircraft and accessories**

   49.1 _____  $_____  _____  $_____
   49.2 _____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____  $_____  _____  $_____

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.                                       $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor __Monarch Bay For Sale Residential, LLC_____   Case number *(if known)* __2:24-bk-14877-DS__
      Name

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 2599 Fairway Dr., San Leandro, CA 94577 | 100% Fee simple | $ 49,511,659.0 | Purchase Offer | $ 67,000,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**   $ 67,000,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**   $ _____
Add lines 60 through 65. Copy the total to line 89.

Debtor ___Monarch Bay For Sale Residential, LLC_____  Case number (*if known*)__2:24-bk-14877-DS_____
     Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☐ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☐ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☒ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____   _____ − _____ = ➔  $_____
                                                           Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    _____   $_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)
    _____   $_____
    Nature of claim     _____
    Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____   $_____
    Nature of claim     _____
    Amount requested    $_____

76. **Trusts, equitable or future interests in property**
    _____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
    _____   $_____
    _____   $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

---

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 7

Debtor  __Monarch Bay For Sale Residential, LLC__        Case number *(if known)* __2:24-bk-14877-DS__
         Name

# Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 371,940.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................... ➔ | | $ 67,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column. .................91a. | $ 371,940.31 ➕ 91b. | $ 67,000,000.0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................ $ 67,371,940.31

**Fill in this information to identify the case:**

Debtor name: Monarch Bay For Sale Residential, LLC
United States Bankruptcy Court for the: Central District of CA (State)
Case number (If known): 2:24-bk-14877-DS

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name: Alameda Treaurer & Tax Collector
Describe debtor's property that is subject to a lien: 2599 Fairway Dr., San Leandro, CA 94577
$ 716,423.91    $ 67,000,000.00

Creditor's mailing address:
1221 Oak Street, Room 131
Oakland, CA 94612

Describe the lien: Real property tax lien

Creditor's email address, if known:

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred: 12/30/2022
Last 4 digits of account number: 79A-590-7

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
Alameda Treasurer -- 1st
City of San Leandro -- 2nd

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name: City of San Leandro
Describe debtor's property that is subject to a lien: 2599 Fairway Dr., San Leandro, CA 94577
$ 26,531,709.44    $ 67,000,000.00

Creditor's mailing address:
835 E. 14th Street
San Leandro, CA 94577

Describe the lien: Deed of Trust

Creditor's email address, if known:

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred: 12/30/2022
Last 4 digits of account number: 6 3 4 0

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☒ Yes. The relative priority of creditors is specified on lines 2.1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ 27,248,133.3

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 1

**Fill in this information to identify the case:**

Debtor __Monarch Bay For Sale Residential, LLC__

United States Bankruptcy Court for the: __Central__   District of __CA__
                                                                    (State)

Case number __2:24-bk-14877-DS__
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____  $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____  $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (qqqqq)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____  $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor  Monarch Bay For Sale Residential, LLC  Case number (if known) 2:24-bk-14877-DS
      Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address: Bennitt Design Group, 9432 N. 80th Place, Scottsdale, AZ 85258<br>Date or dates debt was incurred: 2024<br>Last 4 digits of account number: ____ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Architectural design<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,455.00 |
| **3.2** BKF Engineers, 1730 N. First Street, Suite 600, San Jose, CA 95112<br>Date: 2024 | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis: Engineering expense<br>Offset? ☒ No ☐ Yes | $203,427.04 |
| **3.3** Engeo, 2010 Crow Canyon Place, Suite 250, San Leandro, CA 94583<br>Date: 2024 | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis: Consulting<br>Offset? ☒ No ☐ Yes | $15,226.80 |
| **3.4** Ferma Corporation, 6639 Smith Avenue, Newark, CA 94560<br>Date: 2024 | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis: Engineering expense<br>Offset? ☒ No ☐ Yes | $10,920.53 |
| **3.5** Graysom James Development, 4912 Queen Victoria Rd., Woodland Hills, CA 91364<br>Date: 2024 | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis: Consulting<br>Offset? ☒ No ☐ Yes | $18,050.00 |
| **3.6** HortScience, 2550 Ninth Street, Suite 112, Berkeley, CA 94710<br>Date: 2024 | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis: Consulting<br>Offset? ☒ No ☐ Yes | $11,600.00 |

Debtor __Monarch Bay For Sale Residential, LLC_____ Case number (if known) __2:24-bk-14877-DS__
      Name

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__**  **Nonpriority creditor's name and mailing address**

Nicholas F. Klein

12301 Wilshire Blvd
Los Angeles, CA  90025

Date or dates debt was incurred         2024
Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Attorneys' fees

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 132,777.00

---

**3.__**  **Nonpriority creditor's name and mailing address**

Olberding Environmental Inc.

193 Blue Raven Rd, Suite 165
Folsom, CA 95630

Date or dates debt was incurred         2024
Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consulting

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,629.95

---

**3.__**  **Nonpriority creditor's name and mailing address**

Pascuzzo Golf

5170 Golden Foothills Parkway
El Dorado Hills, CA 95762

Date or dates debt was incurred         2024
Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Golf design

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,093.50

---

**3.__**  **Nonpriority creditor's name and mailing address**

_____
_____
_____

Date or dates debt was incurred         _____
Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.__**  **Nonpriority creditor's name and mailing address**

_____
_____
_____

Date or dates debt was incurred         _____
Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 27,248,133.30 |
| 5b. **Total claims from Part 2** | 5b. + | $ 459,179.82 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 27,707,312.82 |

**Fill in this information to identify the case:**

Debtor name: Monarch Bay For Sale Residential, LLC

United States Bankruptcy Court for the: Central District of CA (State)

Case number (If known): 2:24-bk-14877-DS    Chapter ___

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest: Architectural design<br>State the term remaining: until grading permit issued<br>List the contract number of any government contract: | Bennitt Design Group<br>9432 N. 80th Place<br>Scottsdale, AZ 85258 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest: Civil engineering<br>State the term remaining: until grading permit issued<br>List the contract number of any government contract: | BKF Engineering<br>730 N. First Street, Suite 600<br>San Jose, CA 95112 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest: Civil engineering<br>State the term remaining: until grading permit issued<br>List the contract number of any government contract: | Ferma Corporation<br>6639 Smith Avenue<br>Newark, CA 94560 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest: Environmental consulting<br>State the term remaining: until grading permit issued<br>List the contract number of any government contract: | Engeo<br>2010 Crow Canyon Place, Suite 250<br>San Leandro, CA 94583 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest: Environmental consulting<br>State the term remaining: until grading permit issued<br>List the contract number of any government contract: | HortScience<br>2550 Ninth Street, Suite 112<br>Berkeley, CA 94710 |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of 2

| Debtor | Monarch Bay For Sale Residential, LLC | Case number *(if known)* 2:24-bk-14877-DS |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2._ | **State what the contract or lease is for and the nature of the debtor's interest:** Architectural design<br><br>**State the term remaining:** until grading permit issued<br><br>**List the contract number of any government contract** | KTGY<br>2550 Ninth Street, Suite 112<br>Berkeley, CA 94710 |
| 2._ | **State what the contract or lease is for and the nature of the debtor's interest:** Environmental consulting<br><br>**State the term remaining:** Until grading permit issued<br><br>**List the contract number of any government contract** | Olberding Environmental Inc.<br>193 Blue Raven Rd, Suite 165<br>Folsom, CA 95630 |
| 2._ | **State what the contract or lease is for and the nature of the debtor's interest:** Golf design<br><br>**State the term remaining:** Until grading permit issued<br><br>**List the contract number of any government contract** | Pascuzzo Golf<br>5170 Golden Foothills Parkway<br>El Dorado Hills, CA 95762 |
| 2._ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| 2._ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| 2._ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| 2._ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 2 of 2

**Fill in this information to identify the case:**

Debtor name __Monarch Bay For Sale Residential, LLC__

United States Bankruptcy Court for the: __Central__    District of __CA__
                                                                       (State)

Case number (If known): __2:24-bk-14877-DS__

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street <br> _____ City State ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ Street <br> _____ City State ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ Street <br> _____ City State ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ Street <br> _____ City State ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _____ | _____ Street <br> _____ City State ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | _____ Street <br> _____ City State ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H    Schedule H: Codebtors    page 1 of __1__

**Fill in this information to identify the case and this filing:**

Debtor Name __Monarch Bay For Sale Residential, LLC__

United States Bankruptcy Court for the: __Central__    District of __CA__
(State)

Case number (*If known*): __2:24-bk-14877-DS__

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/18/2024__    ✗ *Edward Miller* _____
MM / DD / YYYY    Signature of individual signing on behalf of debtor

Edward J. Miller _____
Printed name

President of Manager _____
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**