# EXHIBIT E

# EXHIBIT E

# BALLOT FOR ACCEPTING OR REJECTING SECURED CREDITOR THE CITY OF SAN LEANDRO'S CHAPTER 11 LIQUIDATING PLAN

Secured creditor the City of San Leandro (the "City") filed a First Amended Chapter 11 Liquidating Plan (the "Plan") on _____. By this ballot, you will decide whether to accept or reject the Plan. The Bankruptcy Court will review for approval the Disclosure Statement dated regarding the Plan ("Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote on the Plan, and is included with your copy of the Plan. The Disclosure Statement can also be accessed on the bankruptcy docket at ECF No. ____.

Court approval of the Disclosure Statement does not mean Court approval of the Plan. The Plan confirmation hearing is set for _____, 2026 at ____ a.m./p.m. The Plan is binding when confirmed by the Court and accepted by the three classes voting on the Plan.

Even if the requisite approvals are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes of claims or interests that are impaired by the Plan and who are rejecting it and otherwise satisfies the requirements of 11 U.S.C § 1129(a). 11 U.S.C. § 1128(b).

**You should carefully review the Disclosure Statement and Plan before voting. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. [If you hold more than one claim or interest in more than one class under the Plan, you may fill out one ballot for each class.]**

**IF YOUR BALLOT IS NOT RECEIVED BY THE CITY'S COUNSEL ON OR BEFORE _____, AND THE DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT BE COUNTED AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN. IF CONFIRMED, THE PLAN WILL BE BINDING ON YOU REGARDLESS OF WHETHER OR NOT YOU VOTE.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor holding a Class ___ claim in the amount of $_____, votes as follows (check one only):

☐ ACCEPT (a vote FOR) the City's Plan

☐ REJECT (a vote AGAINST) the City's Plan

**Acknowledgements and Certifications**

By signing and returning this ballot, the undersigned hereby acknowledges that he/she/it has been provided with a copy of the Disclosure Statement and Plan, and the City's solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement. The undersigned certifies that: (1) he/she/it is the holder of a Class ___ claim/ Equity interest, or is the authorized agent of the holder, and (2) he/she/it has the full power and authority to vote to accept or reject the Plan.

Name of claimant: _____
Signature: _____
Print name: _____
Title (if applicable): _____
Address: _____
Telephone: _____
Email: _____
Date: _____

**TO ENSURE YOUR BALLOT IS COUNTED, RETURN THE COMPLETED BALLOT ON OR BEFORE _____ TO:**

      **ROBBERSON SCHROEDTER LLP**
      **RE: CITY OF SAN LEANDRO CH. 11 LIQUIDATING PLAN**
      **1201 WEST BROADWAY, SUITE 1260**
      **SAN DIEGO, CA 92101**
      **EMAIL: maggie@theRSfirm.com**
                **lane@theRSfirm.com**

If you have any questions regarding the Disclosure Statement, Plan, ballot, or voting procedures, please contact counsel for the City at maggie@theRSfirm.com and lane@theRSfirm.com, or (619) 353-5691.