# EXHIBIT F

# EXHIBIT F

| | |
|---|---|
| 1 | MAGGIE E. SCHROEDTER, ESQ. (Bar No. 270377) |
| | maggie@theRSfirm.com |
| 2 | LANE C. HILTON, ESQ. (Bar No. 314892) |
| | lane@theRSfirm.com |
| 3 | ROBBERSON SCHROEDTER LLP |
| | 501 West Broadway, Suite 1260 |
| 4 | San Diego, California 92101 |
| 5 | (619) 353-5691 |
| 6 | Attorneys for Creditor |
| | THE CITY OF SAN LEANDRO |

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE NO. 2:24-bk-14877-DS |
| MONARCH BAY FOR SALE RESIDENTIAL, LLC, | Chapter 11 |
| Debtor. | **NOTICE REGARDING DEADLINES AND PROCEDURES FOR DISCLOSURE STATEMENT AND PLAN CONFIRMATION** |
| | Date: |
| | Time: |
| | Courtroom: 1639 |
| | Judge: Hon. Deborah J. Saltzman |

**PLEASE TAKE NOTICE** that the Bankruptcy Court has approved the Disclosure Statement Regarding the First Amended Chapter 11 Liquidating Plan Dated December 5, 2025 (the "Disclosure Statement") and has established the following deadlines and procedures in connections with confirmation of the Debtor's proposed First Amended Chapter 11 Liquidating Plan Dated December 5, 2025 (the "Plan"). This Notice Regarding Deadlines and Procedures for Disclosure Statement and Plan Confirmation ("Notice") is provided pursuant to Fed. R. Bankr. P. 2002 and 3020, the Local Bankruptcy Rules of the Central District of California, and the Bankruptcy Court's Order Approving the Disclosure Statement entered on January X, 2026 [ECF No. XX]:

    **1.**    **SOLICITATION PACKAGES**

Solicitation Packages and Notices of Non-Voting Status shall be served by _____, 2026.

**2.     VOTING DEADLINE**

All Ballots accepting or rejecting the Plan must be received on or before _____ in accordance with the instructions on the applicable Ballot. Late or improperly submitted Ballots may not be counted.

**3.     SUMMARY OF BALLOTING**

A tabulation of all Ballots accepting or rejecting the Plan must be filed by the plan proponent by [date that is 14 days before the confirmation hearing per LBR 3018-1].

**4.     DEADLINE TO FILE OBJECTIONS TO PLAN CONFIRMATION**

Any objection to confirmation of the Plan must be filed with the Bankruptcy Court and served on: (i) the City (as the plan proponent); (ii) counsel for the Debtor; (iii) the Office of the United States Trustee; and (iv) any part that has requested notice pursuant to Fed. R. Bankr. Proc. 2002 by hand delivery or in a manner as will cause such objection to be received by all such parties on or before _____, 2026.

Objections to Plan confirmation must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, must set forth the name of the objector, the. Nature and amount of Claims or Interests held or asserted by the objector against the Debtor, and the basis for the objection and the specific grounds of the objection.

Any objections not filed and served as set forth above may not be considered by the Bankruptcy Court.

**5.     DEADLINE TO FILE REPLIES TO CONFIRMATION OBJECTIONS**

All replies to Plan objections shall be filed no later than _____,

2026.

### 6. CONFIRMATION HEARING

The hearing on Plan confirmation will take place on _____, 2026 at ____ a.m./p.m. before the Honorable Deborah J. Saltzman, United States Bankruptcy Judge (the "Confirmation Hearing"). Counsel and interested parties may appear at the Confirmation Hearing in person in Courtroom 1639 of the United States Bankruptcy Court, Central District of California, located at 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, or via ZoomGov or telephone.

All appearances – whether in person, with video, or by phone – at hearings before Judge Saltzman must be registered in advance no later than 12:00 noon the day before the hearing by following the procedure set forth under the "Phone/Video Appearances" tab at https://www.cacb.uscourts.gov/judges/honorable-deborah-j-saltzman.

The Zoom link for each day for Northern Division matters included in Judge Saltzman's tentative rulings.

The Confirmation Hearing may be adjourned from time to time without further notice to creditors and other parties-in-interest by an announcement of the adjourned date at the Confirmation Hearing or any adjournment thereof of by an appropriate filing with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** all pleadings, papers, and Plan documents can also be obtained through the Bankruptcy Court's PACER system at https://ecf.cacb.uscourts.gov/.

DATED: December 5, 2025

ROBBERSON SCHROEDTER LLP

By: _____
MAGGIE E. SCHROEDTER, ESQ.
LANE C. HILTON, ESQ.
Attorneys for Secured Creditor
THE CITY OF SAN LEANDRO