# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
501 West Broadway, Suite 1260, San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): Please see attached.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/05/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/05/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
No copy of any document is required unless a copy is requested by chambers.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/05/2025 | Amy Luangraj | /s/ Amy Luangraj |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

## LIST OF DOCUMENTS

**DOCUMENT TITLE**                                                                                                    **ECF NO.**

1. **CREDITOR'S DISCLOSURE STATEMENT REGARDING THE FIRST AMENDED CHAPTER 11 LIQUIDATING PLAN DATED DECEMBER 5, 2025**

## SERVICE LIST

### VIA CM/ECF NOTICE

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- Christine M. Fitzgerald     cfitzgerald@littler.com, maria@thersfirm.com;amy@thersfirm.com;4634112420@filings.docketbird.com;ecf@theRSfirm.com
- Lane C Hilton     lane@thersfirm.com, michelle@theRSfirm.com, 5030583420@filings.docketbird.com, 4634112420@filings.docketbird.com, ecf@theRSfirm.com
- Paul J Leeds     Pleeds@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- Noreen A Madoyan     Noreen.Madoyan@usdoj.gov
- Maggie Elyse Schroedter     maggie@thersfirm.com, amy@theRSfirm.com, 5030583420@filings.docketbird.com, ecf@theRSfirm.com
- David B Shemano     dshemano@shemanolaw.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

## SERVICE BY UNITED STATES MAIL:

Served by United States Mail: On *December 5th, 2025* I *caused* the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

| | | |
|---|---|---|
| **Government Agencies** | Franchise Tax Board Bankruptcy Section MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Los Angeles County Tax Collector Attn: Bankruptcy Unit PO Box 826880 Sacramento, CA 90054-0110 |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | California Employment Development Department Bankruptcy Unit, MIC 92E P.O. Box 826880 Sacramento, CA 94280 -0001 |
| | Los Angeles City Finance Office, 212 N Spring St, Los Angeles, CA 90012 | U.S. Securities and Exchange Commission 444 Flower St #900, Los Angeles, CA 90071 |
| **CREDITORS** | Mayer Brown LLP C/O KIMBERLY S WINICK ESQ MAYER BROWN LLP 350 SOUTH GRAND AVENUE 25TH FL LOS ANGELES, CA 90071-3406 | Monarch Bay For Sale Residential, LLC 12301 Wilshire Blvd, Suite 520 Los Angeles, CA 90025-1007 |
| | David Shemano Esq Shemano Law 1801 Century Park East Suite 2500 Los Angeles, CA 90067-2327 | |

| | |
|---|---|
| United States Trustee (LA) 915 Wilshire Blvd, Suite 1850 Los Angeles, CA 90017-3560 | Los Angeles Division 255 East Temple Street Los Angeles, CA 90012-3332 |
| BKF Engineers 1730 N First Street Ste 600 San Jose, CA 95112-4642 | Bennitt Design Group 9432 N 80th Street Scottsdale, AZ 85258-1702 |
| Cal Coast Companies LLC Inc 12301 Wilshire Blvd Ste 520 Los Angeles, CA 90025-1007 | City of San Leandro 835 E 14th Street San Leandro, CA 94577-3782 |
| ENGEO Incorporated 2010 CROW CANYON PLACE SUITE 250 SAN RAMON, CA 94583-1344 | Engeo Inc 2010 Crow Canyon Place Ste 250 San Leandro, CA 94583-1344 |
| Ferma Corporation 6639 Smith Ave Newark, CA 94560-4219 | Grayson James Development Inc 4912 Queen Victoria Road Woodland Hills, CA 91364-4754 |
| Henry C. Levy Tax Collector Alameda County 1221 Oak Street Room 131 Oakland, CA 94612-4223 | HortScience Bartlett Consulting 2550 Ninth Street Ste 112 Berkeley, CA 94710-2552 |
| KTGY Group Inc 17911 Von Karman Ave Ste 200 Irvine, CA 92614-6240 | Mayer Brown LLP 311 W. Monroe Chicago, IL 60606-4659 |
| Nicholas F Klein Esq 12301 Wilshire Blvd Ste 520 Los Angeles, CA 90025-1007 | Olberding Environmental Inc 193 Blue Raven Road Ste 165 Folsom, CA 95630-4770 |
| Pascuzzo Golf Design Inc 5170 Golden Foothills Parkway El Dorado Hills, CA 95762-9608 | Pascuzzo Golf Design Inc c/o Damian Pascuzzo 5170 Golden Foothill Parkway El Dorado Hills CA 95762-9608 |
| New Home Co Matt Bouslog, Esq. Miller Starr & Regalia 1331 N California Blvd, Ste 600 Walnut Creek, CA hans.lapping@msrlegal.com | New Home Co. Hans Lapping Allen Matkins, 2010 Main Street, 8th Floor Irvine, CA 92614 mbouslog@allenmatkins.co m |